## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3037 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Anita Martinez vs. Michael J. Astrue | | |

**DOCKET ENTRY TEXT**

Having reviewed Plaintiff's financial affidavit, the court concludes that Anita Martinez cannot afford to pay the court's filing fee. The application for leave to proceed *in forma pauperis* (5) is granted. Summons will issue, and the U. S. Marshals Service is directed to serve process. Status hearing set for 7/29/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|